# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOD STACK LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>ARKADIN, INC.,<br><br>        Defendant. | C.A. No. 1:19-cv-02347-RGA |

## STATUS LETTER AND STIPULATION AND ORDER TO EXTEND TIME
## TO RESPOND TO INITIAL COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Mod Stack LLC ("Plaintiff") and Defendant Arkadin, Inc. ("Defendant"), through their undersigned counsel, subject to the Court's approval, that Defendant's time to answer or otherwise respond to Plaintiff's Complaint in the above-captioned action is extended to April 6, 2020.  One prior extension has been requested by Defendant.

Plaintiff's counsel had intended to file this stipulation prior to the 3/5 answer deadline, but this filing was delayed due to a miscommunication.

Dated: March 9, 2020 		Respectfully submitted,

		CHONG LAW FIRM

		By: */s/ Jimmy Chong*
		Jimmy Chong
		2961 Centerville Road, Suite 350
		Wilmington, DE 19808
		Telephone: (302) 999-9480
		Facsimile: (877) 796-4627
		Email: chong@chonglawfirm.com

		Isaac Rabicoff
		*(Pro Hac Vice admission pending)*
		Rabicoff Law LLC
		73 W Monroe St
		Chicago, IL 60603
		(773) 669-4590
		isaac@rabilaw.com

		Counsel for Plaintiff
		Mod Stack LLC


Dated: March 9, 2020 		By: */s/ Michael J. Sacksteder*
		Michael J. Sacksteder
		CSB No. 191605
		Email:   msacksteder@fenwick.com
		FENWICK & WEST LLP
		555 California Street, 12th Floor
		San Francisco, CA  94104
		Telephone:   415.875.2300
		Facsimile:   415.281.1350

		Attorneys for Defendant
		BLUE JEANS NETWORK, INC.

IT IS SO ORDERED, this _____ day of March, 2020.

_____
Hon. Richard G. Andrews